**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Hugo Nelson MELGAR–GARCIA, a/k/a Hugo Melgar, a/k/a Antonio Pereira, a/k/a Wagner Paz, Defendant–Appellant.**

No. 07–6307.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 3, 2007.

Hugo Nelson Melgar–Garcia, Appellant Pro Se. Brian Huseman, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugo Nelson Melgar–Garcia seeks to appeal the district court's order denying his motion to modify or reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Melgar–Garcia,* No. 1:00–cr–00342–TSE (E.D. Va. filed Feb. 20, 2007; entered Feb. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*